IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** O'Neill, Alan | Case Number: 05 B 26255 |
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 6/30/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: July 3, 2008
Confirmed: August 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 44,309.33 | |
| Secured: | | 15,485.55 |
| Unsecured: | | 24,342.96 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 2,280.80 |
| Other Funds: | | 0.02 |
| Totals: | 44,309.33 | 44,309.33 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,200.00 | 2,200.00 |
| 2. | Ford Motor Credit Corporation | Secured | 15,485.55 | 15,485.55 |
| 3. | Ford Motor Credit Corporation | Unsecured | 21.22 | 21.22 |
| 4. | Resurgent Capital Services | Unsecured | 7,178.84 | 7,178.84 |
| 5. | Resurgent Capital Services | Unsecured | 180.45 | 180.45 |
| 6. | Discover Financial Services | Unsecured | 2,898.11 | 2,898.11 |
| 7. | ECast Settlement Corp | Unsecured | 738.52 | 738.52 |
| 8. | ECast Settlement Corp | Unsecured | 13,181.92 | 13,181.92 |
| 9. | Resurgent Capital Services | Unsecured | 143.90 | 143.90 |
| 10. | Home Depot | Unsecured | | No Claim Filed |
| 11. | E Trade Financial | Unsecured | | No Claim Filed |
| 12. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 13. | Resurrection Health Care | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 42,028.51 | $ 42,028.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 77.25 |
| 5.5% | 665.94 |
| 5% | 223.13 |
| 4.8% | 383.68 |
| 5.4% | 909.32 |
| 6.5% | 21.48 |
| | _____ |
| | $ 2,280.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  O'Neill, Alan

Printed:  9/3/08

Case Number:  05 B 26255
Judge:  Hollis, Pamela S
Filed:  6/30/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

